UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Francisco javier Macias

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

20MAG12957

Defendant **Francisco javier Macias** hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

_X_   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_   Bail/Detention Hearing

___   Conference Before a Judicial Officer


/s/
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Francisco javier Macias**
_____
Print Defendant's Name

/s/
_____
Defendant's Counsel's Signature

**ROBERT SOLOWAY**
_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

**12/03/2020**
_____
Date

_Katharine H Parker_
_____
U.S. District Judge/U.S. Magistrate Judge